```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 04475
   LUELLA WOODS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6130

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/06/2004 and was confirmed 04/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/08/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI   SECURED                 .00             .00            .00
AMOCO BP                   UNSECURED        NOT FILED             .00            .00
ROUNDUP FUNDING LLC        UNSECURED           2814.00            .00        1625.29
CAPITAL ONE BANK           UNSECURED           9852.95            .00        5690.72
RESURGENT CAPITAL SERVIC   UNSECURED           4241.83            .00        2449.96
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         3,030.20                      3,030.20
TOM VAUGHN                 TRUSTEE                                             703.83
DEBTOR REFUND              REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             13,500.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     9,765.97
ADMINISTRATIVE                                3,030.20
TRUSTEE COMPENSATION                            703.83
DEBTOR REFUND                                      .00
                    --------------          --------------
TOTALS              13,500.00               13,500.00
```

             PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 04475 LUELLA WOODS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE